# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 11, 2025

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

> Re:  R. J. Reynolds Vapor Company
>      v. Altria Client Services LLC
>      No. 25-158
>      (Your No. 2023-1546)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 7, 2025 and placed on the docket August 11, 2025 as No. 25-158.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst